THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. IRVING ROTHMAN, Also Known as VICTOR ROTHCHILD, Appellant.— Appeal from a judgment of the County Court, Kings County, convicting appellant of grand larceny in the second degree, accomplished by obtaining items of furniture on the delivery of a check given without sufficient funds in, or credit with, the

bank on which it was drawn, and sentencing him to serve from 2½ to 5 years. Judgment unanimously affirmed. No opinion. Present — Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ.